THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Robert Reddock, Appellant.
 
 
 

Appeal From Florence County
  James E. Brogdon, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-445
 Submitted July 7, 2004  Filed August 24, 2004

APPEAL DISMISSED

 
 
 
 
 Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, 
 for Respondent.
 
 
 

PER CURIAM:  Robert Lee Reddock appeals 
 his conviction for armed robbery. Reddock argues the trial judge erred in accepting 
 his guilty plea to the charges because the plea failed to comply with the mandates 
 set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Reddocks counsel 
 attached to the brief a petition to be relieved as counsel, stating that she 
 had reviewed the record and concluded this appeal lacks merit.  Reddock filed 
 a separate pro se brief, arguing his conviction was void because 
 he was not provided a preliminary hearing pursuant to Rule 2, SCRCrimP. 
After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Reddocks appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.